IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of an Application to Enforce an Administrative Subpoena of the<br><br>**COMMODITY FUTURES TRADING COMMISSION,**<br><br>      Applicant,<br><br>      v.<br><br>**CODY M. WILSON,**<br><br>      Respondent. | No. 19-mc-00188-CJN |

## MEMORANDUM

COMES NOW, Applicant, Commodity Futures Trading Commission ("Commission"), and hereby submits this memorandum pursuant to the Court's Order dated January 6, 2020 ("Order"). Specifically, the Order directed the Commission to submit a memorandum regarding any new developments or communications with Respondent, Cody M. Wilson ("Wilson" or "Respondent").

Since the Commission commenced this action on November 6, 2019, there have been no new developments with respect to Mr. Wilson's non-compliance with the Subpoena. Mr. Wilson has not reached out to the Commission to cure his non-compliance, or reschedule his investigative testimony, nor has Mr. Wilson produced any additional documents in response to the Subpoena.

On January 14, 2020, Commission staff made several unsuccessful attempts to contact Mr. Wilson via telephone. Commission staff also attempted to contact Mr. Wilson on January 14, 2020 at his last known email address, apprising him of this action and of the hearing

scheduled for January 22, 2020.  As of the submission of this memorandum, no response from the Respondent has been forthcoming.

In an ongoing effort to contact Mr. Wilson, Commission staff has also been in touch with Federal authorities in Idaho.  The information available to the Federal authorities in Idaho indicates that Mr. Wilson still resides in Idaho, albeit at a different location than the one at which he was served with the Subpoena.

Dated:  January 15, 2020                                  Respectfully submitted,

                                                    James H. Holl, III
Chief Trial Attorney
D.C. Bar No. 435473
jholl@cftc.gov
Tel:  (202) 418-5311

Brian A. Hunt
Trial Attorney
Admitted pursuant to D.D.C. LCvR 83.2(e)
bhunt@cftc.gov
Tel:  (202) 418-5095

COMMODITY FUTURES TRADING COMMISSION
Three Lafayette Centre
1155 21st Street NW
Washington, D.C. 20581